DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Juan Carlos Santamaria-Nunez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>        *Plaintiff,*                               )<br>                                                          )<br>        v.                                             )<br>                                                          )<br>JUAN CARLOS SANTAMARIA-NUNEZ,  )<br>                                                          )<br>        *Defendant.*                           )<br>                                                          )<br>_____)  | NO. 1:09-CR-00262- LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:  February 12, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Juan Carlos Santamaria-Nunez, that the date for status conference may be continued to February 12, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is January 8, 2010.  The requested new date is February 12, 2010 at 9:00 a.m.**

Mr. Santamaria-Nunez is charged with being a Deported Alien Found in the United States.  It is disputed whether venue exists in the Eastern District as the defendant believes he was initially found by Immigration Customs and Enforcement (ICE) when located in the Central District of California.  The defense is pursuing documentation to support this assertion.

///

On December 16, 2009, the defense requested relevant records from the California Department of

1  Corrections (CDC).  We have yet to receive a response.  An investigator with the Office of the Federal
2  Defender has advised counsel that CDC generally takes six weeks to respond to records requests.  This
3  continuance is requested to allow for receipt of the CDC records prior to the upcoming status conference,
4  as the content of the records will likely determine how the parties wish to proceed.

5       The parties agree that the delay resulting from the continuance shall be excluded as necessary for
6  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
7  ends of justice served by the granting of the requested continuance outweigh the interests of the public and
8  the defendant in a speedy trial.

                       BENJAMIN B. WAGNER
                       United States Attorney

DATED: January 5, 2010          By /s/ Susan Phan
                       SUSAN PHAN
                       Assistant United States Attorney
                       Attorney for Plaintiff


                       DANIEL J. BRODERICK
                       Federal Defender

DATED: January 5, 2010          By /s/ Eric V. Kersten
                       ERIC V. KERSTEN
                       Assistant Federal Defender
                       Attorney for Defendant
                       Juan Carlos Santamaria-Nunez


## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: January 5, 2010

                       /s/ Lawrence J. O'Neill
                       LAWRENCE J. O'NEILL, Judge
                       United States District Court