BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**

APR 0 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-00262 LJO |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER FOR DISMISSAL |
| v. ) | OF INDICTMENT WITHOUT |
| ) | PREJUDICE |
| JUAN CARLOS SANTAMARIA-NUNEZ, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant JUAN CARLOS SANTAMARIA-NUNEZ without prejudice and in the interest of justice.

DATED: April 8, 2010

_____
HONORABLE LAWRENCE J. O'NEILL
United States District Judge